# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**ROBERT GUIDRY**                          **CIVIL ACTION NO. 08-0144**

**VS.**                                    **JUDGE MELANÇON**

**WARDEN ALVIN JONES**                     **MAGISTRATE JUDGE HILL**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, it is

**ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** this 28th day of May, 2008 in Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE